### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| MARY MITCHELL, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | NO. MO:20-CV-00085 |
| | § | |
| C.R. BARD, INC., ET AL., | § | |
| *Defendants*. | § | |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITH PREJUDICE**, pursuant to Fed. R. Civ. P. 41 and based upon the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. 17) filed January 19, 2021.

It is **ORDERED** that the claims in this matter are **DISMISSED WITH PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 20th day of January, 2021.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE